ELLEN M. MAHAN
Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

KARL J. FINGERHOOD (PA Bar ID No. 63260)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel. (202) 514-7519
Fax. (202) 514-2583
E-Mail: karl.fingerhood@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. CV 10 5051-GW (PLAx) |
| v. | ) |
| ALCOA INC., (See Attachment) | ) |
| Defendants. | ) |

COMPLAINT

The United States of America, by and through the undersigned attorneys, by authority of the Attorney General and acting at the request of the Administrator of the Environmental Protection Agency ("EPA"), alleges as follows:

1     U.S.A. v. Alcoa Inc., et al.
Complaint

Complaint Attachment - U.S. v. Alcoa, Inc., et al - List of Defendants

Alcoa Inc., a Pennsylvania corporation; Allied Signal, Inc. (n/k/a Honeywell International, Inc.), a Delaware corporation; Alpha Therapeutic Corporation, a California corporation; Anja Engineering Corp. n/k/a/ Scripto-Tokai Corporation, a Delaware corporation; Applied Micro Circuits Corporation, a Delaware corporation; Arlon Adhesives & Films, a Delaware corporation; Astro Aluminum Treating Co., Inc., a California corporation; Atlantic Richfield Company, a Delaware corporation; BASF Corporation, a Delaware corporation; Baxter Healthcare Corporation for Baxter/Bentley Labs, a Delaware corporation; The Boeing Company, on behalf of itself, Boeing Satellite Systems, Inc., and McDonnell Douglas Helicopter Company, a Delaware corporation; BP Amoco Chemical Company (on behalf of Hitco Inc.), a Delaware corporation; California Hydroforming Co. Inc., a California corporation; Center Line Wheel Corp., a California corporation; Chemical Waste Management, Inc., a Delaware corporation; Cintas Corporation (successor to Unitog Company), a Washington corporation; Coatings Resource Corporation, a California corporation; Columbia Showcase & Cabinet Co., Inc., a California corporation; the County of Los Angeles; Crosby & Overton, Inc., a California corporation; C.T.L. Printing Industries Inc., a California corporation; Dow Chemical Company, a Delaware corporation, Dude, Inc., an Arizona Corporation; Engraph, Inc./Patton Sonoco Products n/k/a/ Sonoco Products Company, a South Carolina corporation; Forenco, Inc., an Illinois corporation; General Dynamics Corporation, a Delaware corporation; Gulfstream Aerospace Corporation, a Georgia corporation; Harpers (n/k/a/ FHL Group), a California corporation; Hercules Incorporated, a Delaware corporation; Hexcel Corporation, a Delaware corporation; Hitachi Home Electronics (America), Inc., a California corporation; Huck Manufacturing Company n/k/a Federal-Mogul Corporation, a Delaware corporation; International Paper, a New York corporation; Johns Manville/Celite Corporation, a Delaware corporation; K.C. Photo Engraving Co., a California corporation; Kimberly-Clark Worldwide Inc., Fullerton Mill, a Delaware corporation; Kinder Morgan Liquids Terminals, LLC, a Delaware corporation; Los Angeles County Metropolitan Transportation Authority, a governmental agency located in Los Angeles County, California; Luxfer Limited USA by British Alcan Aluminum PLC, a California corporation; Majon, Inc./Hurst, a California corporation; Masco Building Products Corp., A Delaware corporation; Mattel, Inc., a Delaware corporation; Metropolitan Water District of Southern California, a California corporation; Norris Industries, Inc., a Delaware corporation; Northrop Grumman Guidance and Electronics Company, Inc. (F/K/A Litton Systems, Inc.), a Florida corporation; Ohline Corp., a California corporation; Pacific Bell Telephone Company, a California corporation; Pilkington PLC, a Delaware corporation; Quest Diagnostics Clinical Laboratories, Inc. (f.k.a. Bio Science Enterprises), a Delaware corporation; Raytheon Company, a Delaware corporation (for itself and as successor to Hughes Aircraft Company); Regents of the University of California, a California corporation; Reichhold Chemicals, Inc./Bond-Well Adhesives, a Delaware corporation; Robison Prezioso, Inc., a Delaware corporation; Safety-Kleen Systems, Inc., a Wisconsin corporation; Schering Corporation, a New Jersey corporation; Sempra Energy Solutions, a California corporation; The Sherwin-Williams Company, an Ohio corporation; Shiley, Inc., a Delaware corporation; Sigma Casting Corporation (n.k.a Howmet Aluminum Casting Inc.), a Delaware corporation; Signet Armorlite, Inc., a Delaware corporation; Soco West, Inc. as successor to Holchem, Inc., a Delaware corporation; Sparton Technology, Inc., an Ohio corporation; Texaco

ATTACHMENT

Inc., a Delaware corporation; Texas Instruments Incorporated, a Delaware corporation; Trane USA, Inc. (f/k/a American Standard, Inc.), a New Jersey corporation; Union Oil Company of California, a California corporation; Univar Corp., Univar USA Inc. (f/k/a VanWaters & Rogers Inc., Vopak Distribution Americas Inc.), a Washington corporation; Universal City Studios LLP, a Delaware limited liability limited partnership (formerly known as Universal City Studios LP, Universal City Studios LLC, and Universal City Studios, Inc.); for itself and for the following fictitious business names, affiliates, divisions or departments: Universal City Studios; Universal Studios; Universal Studios, Inc., formerly known as MCA INC.; MCA/Universal Studios; MCA/Universal; Universal Title & Optical; and NBC Universal, Inc., formerly known as National Broadcasting Company, Inc. (including the following fictitious business names, divisions or departments: NBC Studios, N.B.C. Studios, NBC and N.B.C.); Vertis Communications, a Delaware corporation; Walt Disney Pictures and Television, a California corporation; Weber Aircraft, Inc., a Texas corporation; Yort, Inc. (Troy Lighting, Inc. - Tiffany Division), a California corporation; AVX Corporation, a Delaware corporation; Allen Foam Corporation, a California corporation; Allen L. Bender, Inc., a California corporation; ANZCO (Formerly Anzon Co.), a California corporation; Arrowhead Brass Products Inc., a dissolved California corporation; BC Laboratories, Inc., a California corporation; Bell Industries, Inc., a California corporation; Bourns, Inc., a California corporation; Bowen Printing, Inc., a California corporation; Brunton Enterprises, Inc., a California corporation;
Building Materials Corporation of America, D/B/A GAF   Materials Corporation, a Delaware corporation; Cabot Corporation, a Delaware corporation; Catholic Healthcare West, D/B/A St. Mary Medical Center, a California corporation; Ceradyne, Inc., a Delaware corporation; City of Carlsbad, California; City of Santa Barbara, California; Cognis Corporation as successor to Henkel Corporation, a Delaware corporation;  College of the Desert, a California corporation; Columbia Ventures Corporation, a Washington corporation; Commair Mechanical Services, a California corporation; Cooper Industries, LLC, successor to McGraw Edison Company, a Delaware corporation; Crane Co., a Delaware corporation; Eastman Kodak Company, a New Jersey corporation; Engard Coatings Corporation, a division of Corchem Corporation, a California corporation; Fort Kent Holdings, Inc. on behalf of Dunham Bush Inc., a Delaware corporation; the Fresno Unified School District; Gamboa's Body & Frame Inc., a California corporation; Good-West Rubber Corp., a California corporation; Hartwell Corporation, a California corporation; Hexfet America by: International Rectifier Corporation, a Delaware corporation; Hubbell Incorporated (Marvin Electric Manufacturing Co.), a Connecticut corporation;  I & I Deburring, a California corporation; Johanson Dielectrics Inc., a California corporation; Key Mechanical Service Company, a California corporation, L-3 Services, Inc. (Formerly The Titan Corporation), a Delaware corporation; LaMirada Products Company, Inc. / USG Corporation, a Delaware corporation; Lear Siegler Diversified Holdings Corp., As Successor To Lear Siegler, Inc., a Delaware corporation; Levan Specialty Inc., a California corporation; Luppen Holdings, Inc. & Metal Products Engineering, a California corporation; M & M Printed Bag Inc., a California corporation; Madison Industries, a California corporation; Martek Power Inc. Formerly Martek Power Abbott, Inc., a California corporation; Maxon Industries, Inc., a California corporation; Melles Griot, Inc. / Barloworld USA Inc., a Delaware corporation; NMB Technologies Corporation, a California corporation; Northwestern, Inc., a California corporation; Northrop Grumman Systems Corporation (as successor in interest to Northrop Grumman Space & Mission Systems Corp. (F/K/A TRW Inc.)), a Delaware

corporation; Novacap, Inc., a California corporation; Penske Motor Group, Inc., a California corporation; Petro Lock, Inc., a California corporation; Pneudraulics, Inc., a California corporation; Pocino Foods Co., a California corporation; Primus, Inc., a California corporation; Quaker Chemical Corporation, a Pennsylvania corporation; Quaker City Plating Ltd., a California corporation; Ricoh Printing Systems America, Inc. (F/K/A Dataproducts Corporation), a Delaware corporation; Rockwell Collins Optronics, Inc., F/K/A/ Kaiser Electro-Optics, Inc., a Delaware corporation; Santa Fe Braun Inc., a Delaware corporation; Shamrock Scientific Specialty Systems, Inc., a Delaware corporation; Steelscape, F/K/A, BHP Coated Steel, a Delaware corporation; Superior Controls Co, Inc., a California corporation; TDY Industries, Inc., a California corporation; Tech Graphic Inc., a California corporation; Textron Inc., a Delaware corporation; The A & T Group, Inc. (Air Mechanical Inc.), a California corporation; The Hertz Corporation, a Delaware corporation; Timemed Labeling Systems, Inc., an Illinois corporation; Tribune Company, a Delaware corporation, as Successor in Interest to the Times Mirror Company; Tucson Valley Liquidating Trust F/B/O Cal-Mart, a California corporation; UCB, an Arizona corporation; Unistrut International Corporation, F/K/A Unistrut Corporation, a Delaware corporation; The University Of Southern California; Ventura Townehouse Inc., a California corporation; Western Metal Decorating Company, a California corporation; Westmont College, a California corporation; York International Corporation, a Delaware corporation; Air Products and Chemicals, Inc., a Delaware corporation; Appropriate Technologies, a California corporation; C Richard LLC, A California Corporation, as successor to Deutsch Engineered Connecting Devices; Cherokee International Inc., a dissolved California corporation; City of Santa Maria, a California municipal corporation; Datatronics Romoland, Inc., a Nevada corporation; Gambro Renal Products, Inc., for and as Successor to Gambro, Inc., a Colorado corporation; GSF Energy, LLC, a Delaware corporation, Successor To GSF Energy, Inc.; Loma Linda University, a California corporation; Macy's Retail Holdings, Inc., a Delaware corporation, for Broadway Stores, Inc. and the May Department Stores Company; Maxwell Technologies, Inc., a Delaware corporation; Tyco Healthcare Group LP, a Delaware partnership, solely for and on behalf of Armin Plastics; Mallinckrodt Inc., a Delaware corporation, solely for and as successor to Mallinckrodt/Tronmed and Mallinckrodt Critical Care; and Nellcor Puritan Bennett LLC, a Delaware corporation, solely for and as Successor by Merger to Puritan Bennett Corporation; Resinart Corp., a California Corporation; Shell Oil Company, a Delaware corporation; Southern California Edison Company, a California corporation; Teledyne Technologies Incorporated, a Delaware corporation (solely for and on behalf of Teledyne Cast Parts, Teledyne Controls and Teledyne Microelectronic Technologies); Todd Pacific Shipyards Corp., a Delaware corporation; TRW Technar Inc., a California corporation; United Parcel Service, Inc., an Ohio corporation

## STATEMENT OF THE CASE

1. This is a civil action under Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607.

2. The United States in its complaint seeks: (a) reimbursement of costs incurred and to be incurred by the Environmental Protection Agency ("EPA") and the Department of Justice for response actions at the Omega Chemical Corporation Superfund Site (the "Site"), located in Whittier, California and listed on the National Priorities List on January 19, 1999, 64 Fed.Reg. 2950, together with the accrued interest; (b) performance of response work by the Defendants at the Site consistent with the National Contingency Plan, 40 C.F.R. Part 300 (as amended) ("NCP").

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action and over the Defendants pursuant to 28 U.S.C. §§ 1331, 1345, and 1355, and 42 U.S.C. §§ 9607(a), and 9613(b).

4. Venue is proper in this district pursuant to 42 U.S.C. §§ 9606(a) and 9613(b), and 28 U.S.C. §§ 1391 and 1395 because the claims arose and the threatened and actual releases of hazardous substances occurred in the Western Division of the Central District of California.

## DEFENDANTS

5. Defendants, Alcoa Inc., a Pennsylvania corporation; Allied Signal, Inc. (n/k/a Honeywell International, Inc.), a Delaware corporation; Alpha Therapeutic Corporation, a California corporation; Anja Engineering Corp. n/k/a/ Scripto-Tokai Corporation, a Delaware corporation; Applied Micro Circuits Corporation, a Delaware corporation; Arlon Adhesives & Films, a Delaware corporation; Astro Aluminum Treating Co., Inc., a California corporation; Atlantic Richfield Company, a Delaware corporation; BASF Corporation, a Delaware corporation;

Baxter Healthcare Corporation for Baxter/Bentley Labs, a Delaware corporation; The Boeing Company, on behalf of itself, Boeing Satellite Systems, Inc., and McDonnell Douglas Helicopter Company, a Delaware corporation; BP Amoco Chemical Company (on behalf of Hitco Inc.), a Delaware corporation; California Hydroforming Co. Inc., a California corporation; Center Line Wheel Corp., a California corporation; Chemical Waste Management, Inc., a Delaware corporation; Cintas Corporation (successor to Unitog Company), a Washington corporation; Coatings Resource Corporation, a California corporation; Columbia Showcase & Cabinet Co., Inc., a California corporation; the County of Los Angeles; Crosby & Overton, Inc., a California corporation; C.T.L. Printing Industries Inc., a California corporation; Dow Chemical Company, a Delaware corporation, Dude, Inc., an Arizona Corporation; Engraph, Inc./Patton Sonoco Products n/k/a/ Sonoco Products Company, a South Carolina corporation; Forenco, Inc., an Illinois corporation; General Dynamics Corporation, a Delaware corporation; Gulfstream Aerospace Corporation, a Georgia corporation; Harpers (n/k/a/ FHL Group), a California corporation; Hercules Incorporated, a Delaware corporation; Hexcel Corporation, a Delaware corporation; Hitachi Home Electronics (America), Inc., a California corporation; Huck Manufacturing Company n/k/a Federal-Mogul Corporation, a Delaware corporation; International Paper, a New York corporation; Johns Manville/Celite Corporation, a Delaware corporation; K.C. Photo Engraving Co., a California corporation; Kimberly-Clark Worldwide Inc., Fullerton Mill, a Delaware corporation; Kinder Morgan Liquids Terminals, LLC, a Delaware corporation;

Los Angeles County Metropolitan Transportation Authority, a governmental agency located in Los Angeles County, California; Luxfer Limited USA by British Alcan Aluminum PLC, a California corporation; Majon, Inc./Hurst, a California corporation; Masco Building Products Corp., A Delaware corporation; Mattel, Inc., a Delaware corporation; Metropolitan Water District of Southern California, a

California corporation; Norris Industries, Inc., a Delaware corporation; Northrop Grumman Guidance and Electronics Company, Inc. (F/K/A Litton Systems, Inc.), a Florida corporation; Ohline Corp., a California corporation; Pacific Bell Telephone Company, a California corporation; Pilkington PLC, a Delaware corporation; Quest Diagnostics Clinical Laboratories, Inc. (f.k.a. Bio Science Enterprises), a Delaware corporation; Raytheon Company, a Delaware corporation (for itself and as successor to Hughes Aircraft Company); Regents of the University of California, a California corporation; Reichhold Chemicals, Inc./Bond-Well Adhesives, a Delaware corporation; Robison Prezioso, Inc., a Delaware corporation; Safety-Kleen Systems, Inc., a Wisconsin corporation; Schering Corporation, a New Jersey corporation; Sempra Energy Solutions, a California corporation; The Sherwin-Williams Company, an Ohio corporation; Shiley, Inc., a Delaware corporation; Sigma Casting Corporation (n.k.a Howmet Aluminum Casting Inc.), a Delaware corporation; Signet Armorlite, Inc., a Delaware corporation; Soco West, Inc. as successor to Holchem, Inc., a Delaware corporation; Sparton Technology, Inc., an Ohio corporation; Texaco Inc., a Delaware corporation; Texas Instruments Incorporated, a Delaware corporation; Trane USA, Inc. (f/k/a American Standard, Inc.), a New Jersey corporation; Union Oil Company of California, a California corporation; Univar Corp., Univar USA Inc. (f/k/a VanWaters & Rogers Inc., Vopak Distribution Americas Inc.), a Washington corporation; Universal City Studios LLP, a Delaware limited liability limited partnership (formerly known as Universal City Studios LP, Universal City Studios LLC, and Universal City Studios, Inc.); for itself and for the following fictitious business names, affiliates, divisions or departments: Universal City Studios; Universal Studios; Universal Studios, Inc., formerly known as MCA INC.; MCA/Universal Studios; MCA/Universal; Universal Title & Optical; and NBC Universal, Inc., formerly known as National Broadcasting Company, Inc. (including the following fictitious business names, divisions or departments: NBC

| | |
|---|---|
| 1 | Studios, N.B.C. Studios, NBC and N.B.C.); Vertis Communications, a Delaware |
| 2 | corporation; Walt Disney Pictures and Television, a California corporation; |
| 3 | Weber Aircraft, Inc., a Texas corporation; Yort, Inc. (Troy Lighting, Inc. - Tiffany |
| 4 | Division), a California corporation; AVX Corporation, a Delaware corporation; |
| 5 | Allen Foam Corporation, a California corporation; Allen L. Bender, Inc., a |
| 6 | California corporation; ANZCO (Formerly Anzon Co.), a California corporation; |
| 7 | Arrowhead Brass Products Inc., a dissolved California corporation; BC |
| 8 | Laboratories, Inc., a California corporation; Bell Industries, Inc., a California |
| 9 | corporation; Bourns, Inc., a California corporation; Bowen Printing, Inc., a |
| 10 | California corporation; Brunton Enterprises, Inc., a California corporation; |
| 11 | Building Materials Corporation of America, D/B/A GAF Materials Corporation, a |
| 12 | Delaware corporation; Cabot Corporation, a Delaware corporation; |
| 13 | Catholic Healthcare West, D/B/A St. Mary Medical Center, a California |
| 14 | corporation; Ceradyne, Inc., a Delaware corporation; City of Carlsbad, California; |
| 15 | City of Santa Barbara, California; Cognis Corporation as successor to Henkel |
| 16 | Corporation, a Delaware corporation; College of the Desert, a California |
| 17 | corporation; Columbia Ventures Corporation, a Washington corporation; |
| 18 | Commair Mechanical Services, a California corporation; Cooper Industries, LLC, |
| 19 | successor to McGraw Edison Company, a Delaware corporation; Crane Co., a |
| 20 | Delaware corporation; Eastman Kodak Company, a New Jersey corporation; |
| 21 | Engard Coatings Corporation, a division of Corchem Corporation, a California |
| 22 | corporation; Fort Kent Holdings, Inc. on behalf of Dunham Bush Inc., a Delaware |
| 23 | corporation; the Fresno Unified School District; Gamboa's Body & Frame Inc., a |
| 24 | California corporation; Good-West Rubber Corp., a California corporation; |
| 25 | Hartwell Corporation, a California corporation; Hexfet America by: International |
| 26 | Rectifier Corporation, a Delaware corporation; Hubbell Incorporated (Marvin |
| 27 | Electric Manufacturing Co.), a Connecticut corporation; I & I Deburring, a |
| 28 | California corporation; Johanson Dielectrics Inc., a California corporation; Key |

Mechanical Service Company, a California corporation, L-3 Services, Inc. (Formerly The Titan Corporation), a Delaware corporation; LaMirada Products Company, Inc. / USG Corporation, a Delaware corporation; Lear Siegler Diversified Holdings Corp., As Successor To Lear Siegler, Inc., a Delaware corporation; Levan Specialty Inc., a California corporation; Luppen Holdings, Inc. & Metal Products Engineering, a California corporation; M & M Printed Bag Inc., a California corporation; Madison Industries, a California corporation; Martek Power Inc. Formerly Martek Power Abbott, Inc., a California corporation; Maxon Industries, Inc., a California corporation; Melles Griot, Inc. / Barloworld USA Inc., a Delaware corporation; NMB Technologies Corporation, a California corporation; Northwestern, Inc., a California corporation; Northrop Grumman Systems Corporation (as successor in interest to Northrop Grumman Space & Mission Systems Corp. (F/K/A TRW Inc.)), a Delaware corporation; Novacap, Inc., a California corporation; Penske Motor Group, Inc., a California corporation; Petro Lock, Inc., a California corporation; Pneudraulics, Inc., a California corporation; Pocino Foods Co., a California corporation; Primus, Inc., a California corporation; Quaker Chemical Corporation, a Pennsylvania corporation; Quaker City Plating Ltd., a California corporation; Ricoh Printing Systems America, Inc. (F/K/A Dataproducts Corporation), a Delaware corporation; Rockwell Collins Optronics, Inc., F/K/A/ Kaiser Electro-Optics, Inc., a Delaware corporation; Santa Fe Braun Inc., a Delaware corporation; Shamrock Scientific Specialty Systems, Inc., a Delaware corporation; Steelscape, F/K/A, BHP Coated Steel, a Delaware corporation; Superior Controls Co, Inc., a California corporation; TDY Industries, Inc., a California corporation; Tech Graphic Inc., a California corporation; Textron Inc., a Delaware corporation; The A & T Group, Inc. (Air Mechanical Inc.), a California corporation; The Hertz Corporation, a Delaware corporation; Timemed Labeling Systems, Inc., an Illinois corporation; Tribune Company, a Delaware corporation, as Successor in Interest to

the Times Mirror Company; Tucson Valley Liquidating Trust F/B/O Cal-Mart, a California corporation; UCB, an Arizona corporation; Unistrut International Corporation, F/K/A Unistrut Corporation, a Delaware corporation; The University Of Southern California; Ventura Townehouse Inc., a California corporation; Western Metal Decorating Company, a California corporation; Westmont College, a California corporation; York International Corporation, a Delaware corporation; Air Products and Chemicals, Inc., a Delaware corporation; Appropriate Technologies, a California corporation; C Richard LLC, A California Corporation, as successor to Deutsch Engineered Connecting Devices; Cherokee International Inc., a dissolved California corporation; City of Santa Maria, a California municipal corporation; Datatronics Romoland, Inc., a Nevada corporation; Gambro Renal Products, Inc., for and as Successor to Gambro, Inc., a Colorado corporation; GSF Energy, LLC, a Delaware corporation, Successor To GSF Energy, Inc.; Loma Linda University, a California corporation; Macy's Retail Holdings, Inc., a Delaware corporation, for Broadway Stores, Inc. and the May Department Stores Company; Maxwell Technologies, Inc., a Delaware corporation; Tyco Healthcare Group LP, a Delaware partnership, solely for and on behalf of Armin Plastics; Mallinckrodt Inc., a Delaware corporation, solely for and as successor to Mallinckrodt/Tronmed and Mallinckrodt Critical Care; and Nellcor Puritan Bennett LLC, a Delaware corporation, solely for and as Successor by Merger to Puritan Bennett Corporation; Resinart Corp., a California Corporation; Shell Oil Company, a Delaware corporation; Southern California Edison Company, a California corporation; Teledyne Technologies Incorporated, a Delaware corporation (solely for and on behalf of Teledyne Cast Parts, Teledyne Controls and Teledyne Microelectronic Technologies); Todd Pacific Shipyards Corp., a Delaware corporation; TRW Technar Inc., a California corporation; United Parcel Service, Inc., an Ohio corporation (hereinafter referred to as "Defendants") are all "persons" within the meaning of 42 U.S.C. 9601(21). On

information and belief, Defendants have, either directly or by virtue of their predecessors, contracted, agreed, or otherwise arranged for disposal or treatment, or arranged with a transporter for transport for disposal or treatment at the Site, of hazardous substances owned or possessed by Defendants.

## THE SITE

6. The Site is the location of a former hazardous waste treatment and storage facility, known as the Omega Chemical Corporation, which operated from 1976-1991.

7. In 1999, pursuant to Section 105 of CERCLA, 42 U.S.C. § 9605, EPA placed the Site on the National Priorities List, set forth at 40 C.F.R. Part 300, Appendix B. The National Priorities List is a national list of hazardous wastes sites posing the greatest threat to health, welfare, and the environment.

8. There were releases and threatened releases, within the meaning of Section 101(22) of CERCLA, 42 U.S.C. §9601(22), of hazardous substances at the Site.

9. The Site is a facility within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

10. Hazardous substances within the meaning of Section 101(14) of CERCLA, 42 U.S.C. § 9601(14), have been found at the Site and have been disposed of or treated of at the Site.

11. The United States has incurred at least $17 million in unreimbursed response costs (including interest) by responding to the releases or threatened releases of hazardous substances at the Site. Such costs were consistent with the National Contingency Plan.

## CLAIM FOR RELIEF

12. Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), provides in pertinent part:

> (1) the owner and operator of a vessel or a facility,

(2) any person who at the time of disposal of any hazardous substance owned or operated any facility at which such hazardous substances were disposed of,

(3) any person who by contract, agreement, or otherwise arranged for disposal or treatment, or arranged with a transporter for transport for disposal or treatment, of hazardous substances owned or possessed by such person, by any other party or entity and containing such hazardous substances, and

(4) any person who accepts or accepted any hazardous substances for transport to sites selected by such person, from which there is a release, or a threatened release which causes the incurrence of response costs, of a hazardous substance, shall be liable for–

    (A) all costs of removal or remedial action incurred by the United States Government or a State not inconsistent with the national contingency plan....

13. Defendants are liable under Section 107(a)(1) of CERCLA, 42 U.S.C. § 9607(a)(3), as persons who arranged for the disposal or treatment of hazardous substances or who arranged for transport for disposal or treatment of such substances at the Site.

14. Defendants are jointly and severally liable to the United States pursuant to CERCLA Section 107(a), 42 U.S.C. § 9607(a), for all unrecovered response costs incurred by the United States in connection with the Omega Site.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff, the United States of America, respectfully requests that:

1. Defendants be ordered to reimburse the United States for all response costs incurred and to be incurred by the United States relating to the Omega Site, plus interest;[1]

2. Defendants be ordered to perform the remedy set forth in the ROD.

3. The Court grant such other and further relief as the Court deems appropriate.

Dated: July 9, 2010

Respectfully submitted,

ELLEN M. MAHAN
Deputy Chief,
Environmental Enforcement Section
U.S. Department of Justice

KARL J. FINGERHOOD
Trial Attorney,
Environmental Enforcement Section
U.S. Department of Justice

---

[1] Defendant Tribune Company is presently in bankruptcy. As to the Tribune Company, and any other Defendant which may be in bankruptcy, the United States merely seeks to fix the amount of such Defendant's liability.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

```
CV10- 5051 GW (PLAx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
United States of America

**DEFENDANTS**
Alcoa Inc., et al. (All defendants listed on attached sheet)

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Karl Fingerhood, Trial Attorney, U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611, Washington, D.C. 20044-7611   (202) 514-7519

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 17 Million

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☒ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: **CV10 5051**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): CV-00-012471 TJH (JWJx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   **Date** 7/9/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Civil Cover Sheet Attachment - U.S. v. Alcoa, Inc., et al - List of Defendants

Alcoa Inc., a Pennsylvania corporation;  Allied Signal, Inc. (n/k/a Honeywell International, Inc.), a Delaware corporation;  Alpha Therapeutic Corporation, a California corporation;  Anja Engineering Corp. n/k/a/ Scripto-Tokai Corporation, a Delaware corporation;  Applied Micro Circuits Corporation, a Delaware corporation;  Arlon Adhesives & Films, a Delaware corporation; Astro Aluminum Treating Co., Inc., a California corporation;  Atlantic Richfield Company, a Delaware corporation;  BASF Corporation,  a Delaware corporation;
Baxter Healthcare Corporation for Baxter/Bentley Labs, a Delaware corporation;
The Boeing Company, on behalf of itself, Boeing Satellite Systems, Inc., and McDonnell Douglas Helicopter Company, a Delaware corporation;  BP Amoco Chemical Company (on behalf of Hitco Inc.), a Delaware corporation;  California Hydroforming Co. Inc., a California corporation;  Center Line Wheel Corp.,  a California corporation;  Chemical Waste Management, Inc., a Delaware corporation;  Cintas Corporation (successor to Unitog Company), a Washington corporation;  Coatings Resource Corporation, a California corporation;  Columbia Showcase & Cabinet Co., Inc., a California corporation;  the County of Los Angeles; Crosby & Overton, Inc., a California corporation;  C.T.L. Printing Industries Inc., a California corporation;  Dow Chemical Company, a Delaware corporation, Dude, Inc., an Arizona Corporation;  Engraph, Inc./Patton Sonoco Products n/k/a/ Sonoco Products Company, a South Carolina corporation; Forenco, Inc., an Illinois corporation;  General Dynamics Corporation,  a Delaware corporation; Gulfstream Aerospace Corporation, a Georgia corporation;  Harpers (n/k/a/ FHL Group), a California corporation;  Hercules Incorporated, a Delaware corporation;  Hexcel Corporation, a Delaware corporation;  Hitachi Home Electronics (America), Inc., a California corporation; Huck Manufacturing Company n/k/a Federal-Mogul Corporation, a Delaware corporation; International Paper, a New York corporation;  Johns Manville/Celite Corporation, a Delaware corporation;  K.C. Photo Engraving Co., a California corporation;  Kimberly-Clark Worldwide Inc., Fullerton Mill,  a Delaware corporation;  Kinder Morgan Liquids Terminals, LLC,  a Delaware corporation; Los Angeles County Metropolitan Transportation Authority, a governmental agency located in Los Angeles County, California;  Luxfer Limited USA by British Alcan Aluminum PLC, a California corporation;   Majon, Inc./Hurst, a California corporation; Masco Building Products Corp., A Delaware corporation;  Mattel, Inc., a Delaware corporation; Metropolitan Water District of Southern California, a California corporation;  Norris Industries, Inc., a Delaware corporation;  Northrop Grumman Guidance and Electronics Company, Inc. (F/K/A Litton Systems, Inc.),  a Florida corporation;  Ohline Corp., a California corporation; Pacific Bell Telephone Company, a California corporation;  Pilkington PLC, a Delaware corporation;  Quest Diagnostics Clinical Laboratories, Inc. (f.k.a. Bio Science Enterprises), a Delaware corporation;  Raytheon Company, a Delaware corporation (for itself and as successor to Hughes Aircraft Company);  Regents of the University of California, a California corporation; Reichhold Chemicals, Inc./Bond-Well Adhesives, a Delaware corporation;  Robison Prezioso, Inc., a Delaware corporation;  Safety-Kleen Systems, Inc., a Wisconsin corporation; Schering Corporation,  a New Jersey corporation;  Sempra Energy Solutions, a California corporation;  The Sherwin-Williams Company, an Ohio corporation;  Shiley, Inc., a Delaware corporation;  Sigma Casting Corporation (n.k.a Howmet Aluminum Casting Inc.), a Delaware corporation;  Signet Armorlite, Inc., a Delaware corporation;  Soco West, Inc. as successor to Holchem, Inc., a Delaware corporation;  Sparton Technology, Inc., an Ohio corporation;  Texaco

**ATTACHMENT**

Inc., a Delaware corporation; Texas Instruments Incorporated, a Delaware corporation; Trane USA, Inc. (f/k/a American Standard, Inc.), a New Jersey corporation; Union Oil Company of California, a California corporation; Univar Corp., Univar USA Inc. (f/k/a VanWaters & Rogers Inc., Vopak Distribution Americas Inc.), a Washington corporation; Universal City Studios LLP, a Delaware limited liability limited partnership (formerly known as Universal City Studios LP, Universal City Studios LLC, and Universal City Studios, Inc.); for itself and for the following fictitious business names, affiliates, divisions or departments: Universal City Studios; Universal Studios; Universal Studios, Inc., formerly known as MCA INC.; MCA/Universal Studios; MCA/Universal; Universal Title & Optical; and NBC Universal, Inc., formerly known as National Broadcasting Company, Inc. (including the following fictitious business names, divisions or departments: NBC Studios, N.B.C. Studios, NBC and N.B.C.); Vertis Communications, a Delaware corporation; Walt Disney Pictures and Television, a California corporation; Weber Aircraft, Inc., a Texas corporation; Yort, Inc. (Troy Lighting, Inc. - Tiffany Division), a California corporation; AVX Corporation, a Delaware corporation; Allen Foam Corporation, a California corporation; Allen L. Bender, Inc., a California corporation; ANZCO (Formerly Anzon Co.), a California corporation; Arrowhead Brass Products Inc., a dissolved California corporation; BC Laboratories, Inc., a California corporation; Bell Industries, Inc., a California corporation; Bourns, Inc., a California corporation; Bowen Printing, Inc., a California corporation; Brunton Enterprises, Inc., a California corporation;
Building Materials Corporation of America, D/B/A GAF    Materials Corporation, a Delaware corporation; Cabot Corporation, a Delaware corporation; Catholic Healthcare West, D/B/A St. Mary Medical Center, a California corporation; Ceradyne, Inc., a Delaware corporation; City of Carlsbad, California; City of Santa Barbara, California; Cognis Corporation as successor to Henkel Corporation, a Delaware corporation;  College of the Desert, a California corporation; Columbia Ventures Corporation, a Washington corporation;  Commair Mechanical Services, a California corporation;  Cooper Industries, LLC, successor to McGraw Edison Company, a Delaware corporation;  Crane Co., a Delaware corporation; Eastman Kodak Company, a New Jersey corporation;  Engard Coatings Corporation, a division of  Corchem Corporation, a California corporation;  Fort Kent Holdings, Inc. on behalf of Dunham Bush Inc., a Delaware corporation;  the Fresno Unified School District; Gamboa's Body & Frame Inc., a California corporation; Good-West Rubber Corp., a California corporation;  Hartwell Corporation,  a California corporation; Hexfet America by: International Rectifier Corporation, a Delaware corporation;  Hubbell Incorporated (Marvin Electric Manufacturing Co.), a Connecticut corporation;  I & I Deburring, a California corporation;  Johanson Dielectrics Inc., a California corporation;  Key Mechanical Service Company, a California corporation, L-3 Services, Inc. (Formerly The Titan Corporation),  a Delaware corporation; LaMirada Products Company, Inc. / USG Corporation,  a Delaware corporation; Lear Siegler Diversified Holdings Corp., As Successor To Lear Siegler, Inc., a Delaware corporation; Levan Specialty Inc., a California corporation; Luppen Holdings, Inc. & Metal Products Engineering, a California corporation;  M & M Printed Bag Inc., a California corporation; Madison Industries, a California corporation; Martek Power Inc. Formerly Martek Power Abbott, Inc., a California corporation; Maxon Industries, Inc., a California corporation; Melles Griot, Inc. / Barloworld USA Inc., a Delaware corporation; NMB Technologies Corporation, a California corporation; Northwestern, Inc., a California corporation; Northrop Grumman Systems Corporation (as successor in interest to Northrop Grumman Space & Mission Systems Corp. (F/K/A TRW Inc.)), a Delaware

corporation; Novacap, Inc., a California corporation; Penske Motor Group, Inc., a California corporation; Petro Lock, Inc., a California corporation; Pneudraulics, Inc., a California corporation; Pocino Foods Co., a California corporation; Primus, Inc., a California corporation; Quaker Chemical Corporation, a Pennsylvania corporation; Quaker City Plating Ltd., a California corporation; Ricoh Printing Systems America, Inc. (F/K/A Dataproducts Corporation), a Delaware corporation; Rockwell Collins Optronics, Inc., F/K/A/ Kaiser Electro-Optics, Inc., a Delaware corporation; Santa Fe Braun Inc., a Delaware corporation; Shamrock Scientific Specialty Systems, Inc., a Delaware corporation; Steelscape, F/K/A, BHP Coated Steel, a Delaware corporation; Superior Controls Co, Inc., a California corporation; TDY Industries, Inc., a California corporation; Tech Graphic Inc., a California corporation; Textron Inc., a Delaware corporation; The A & T Group, Inc. (Air Mechanical Inc.), a California corporation; The Hertz Corporation, a Delaware corporation; Timemed Labeling Systems, Inc., an Illinois corporation; Tribune Company, a Delaware corporation, as Successor in Interest to the Times Mirror Company; Tucson Valley Liquidating Trust F/B/O Cal-Mart, a California corporation; UCB, an Arizona corporation; Unistrut International Corporation, F/K/A Unistrut Corporation, a Delaware corporation; The University Of Southern California; Ventura Townehouse Inc., a California corporation; Western Metal Decorating Company, a California corporation; Westmont College, a California corporation; York International Corporation, a Delaware corporation; Air Products and Chemicals, Inc., a Delaware corporation; Appropriate Technologies, a California corporation; C Richard LLC, A California Corporation, as successor to Deutsch Engineered Connecting Devices; Cherokee International Inc., a dissolved California corporation; City of Santa Maria, a California municipal corporation; Datatronics Romoland, Inc., a Nevada corporation; Gambro Renal Products, Inc., for and as Successor to Gambro, Inc., a Colorado corporation; GSF Energy, LLC, a Delaware corporation, Successor To GSF Energy, Inc.; Loma Linda University, a California corporation; Macy's Retail Holdings, Inc., a Delaware corporation, for Broadway Stores, Inc. and the May Department Stores Company; Maxwell Technologies, Inc., a Delaware corporation; Tyco Healthcare Group LP, a Delaware partnership, solely for and on behalf of Armin Plastics; Mallinckrodt Inc., a Delaware corporation, solely for and as successor to Mallinckrodt/Tronmed and Mallinckrodt Critical Care; and Nellcor Puritan Bennett LLC, a Delaware corporation, solely for and as Successor by Merger to Puritan Bennett Corporation; Resinart Corp., a California Corporation; Shell Oil Company, a Delaware corporation; Southern California Edison Company, a California corporation; Teledyne Technologies Incorporated, a Delaware corporation (solely for and on behalf of Teledyne Cast Parts, Teledyne Controls and Teledyne Microelectronic Technologies); Todd Pacific Shipyards Corp., a Delaware corporation; TRW Technar Inc., a California corporation; United Parcel Service, Inc., an Ohio corporation